UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10545RGS

LINDA MALLOY, Administratrix
of the Estate of Willie L. Murray, Jr.,
Mother, Guardian and Next Friend
Willie L. Murray, III.
       Plaintiff,

v.

CITY OF BOSTON and OFFICER
SHAWN WEST,
       Defendants.

## DEFENDANT CITY OF BOSTON'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Now comes the Defendant City of Boston and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to file a responsive pleading. As grounds for its motion, the Defendant states:

1. The Defendant requires additional time to investigate and to draft an appropriate response to Plaintiff's Complaint.

2. The Defendant requests an extension until April 19, 2005 to file a response to Plaintiff's Complaint.

3. Allowing this motion will not prejudice any party to the action, and permitting the Defendant to file a responsive pleading to the Plaintiff's Complaint will further the interests of justice.

WHEREFORE: The Defendant respectfully requests this Honorable Court allow its motion to extend time to file a responsive pleading, and set the date for a responsive pleading to be due on or before **April 19, 2005.**

Respectfully submitted,
DEFENDANT CITY OF BOSTON
By its attorney,


/s/ Amy E. Ambarik
Amy E. Ambarik
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4099
BBO# 637348