UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10545RGS

LINDA MALLOY, Administratrix
of the Estate of Willie L. Murray, Jr.,
Mother, Guardian and Next Friend
Willie L. Murray, III.
<u>Plaintiff</u>,

v.

CITY OF BOSTON and OFFICER
SHAWN WEST,
<u>Defendants</u>.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have communicated with Plaintiff's counsel, Edward McLaughlin, concerning the Defendant's Motion To Extend Time To File A Responsive Pleading to Plaintiff's Complaint, and he has assented to the motion.

Respectfully submitted,
DEFENDANT CITY OF BOSTON
By its attorney,

<u>/s/ Amy E. Ambarik</u>
Amy E. Ambarik
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4099
BBO# 637348