UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05 10545 RGS

FILED
CLERKS OFFICE
2005 MAR 30 P 12: 25
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LINDA MALLOY, Administratrix of the Estate of Willie L. Murray, Jr., Mother, Guardian and Next Friend of Willie L. Murray, III, <br>    Plaintiff <br><br> vs. <br><br> CITY OF BOSTON AND OFFICER SHAWN WEST, <br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT, OFFICER SHAWN WEST'S MOTION FOR TWENTY DAY EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**

Now comes the defendant, Police Officer Shawn West, in his official and individual capacity, and respectfully moves this Honorable Court for a 20 day extension of time within which to file responsive pleadings to the plaintiff's Complaint in the above referenced case. As reasons herefore, the defendant states the following.

1. This case arises from fatal shooting that occurred on February 12, 2002, while defendant West was acting in his capacity as a Boston Police Officer.

2. On or about February 28, 2005, the defendant received a copy of the complaint in this case in his departmental mailbox.

3. On March 1, 2005, following Boston Police Department protocol, the defendant submitted a report to his commanding officer requesting representation and indemnification from the City of Boston in the above referenced lawsuit. This request was also mailed to the Legal Advisor for the Boston Police Department and the Chief of Litigation for Boston City Hall

## CERTIFICATE OF SERVICE

I, Kenneth H. Anderson, attorney for the defendant hereby certify that I served **DEFENDANT, OFFICER SHAWN WEST'S MOTION FOR TWENTY DAY EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT,** by postage prepaid, first class mail, upon the following counsel of record on March 28, 2005:

Edward F. McLaughlin, Esq.
6 Beacon Street, Suite 910
Boston, MA 02108

Amy Ambarik, Esq.
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201

_____
Kenneth H. Anderson, Esq.

on that same date.

4. On March 25, 2005, the undersigned counsel was advised by Attorney Amy Ambarik for the City of Boston that the defendant's request for representation and indemnification had not been completed processed and acted upon.

The undersigned counsel, acting on the defendant's behalf, hereby moves for an extension of 20 days for defendant Police Officer Shawn West to file pleadings responsive to the Complaint in this case once the matter of representation has been clarified by the City of Boston.

Respectfully submitted,

Defendant,
OFFICER SHAWN WEST,
By his Attorney,

_____
Kenneth H. Anderson, Esq.
B.B.O. #556844
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA  02122
(617) 265-3900

DATED: March 28, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 37.1

I have spoken with plaintiff's counsel, Attorney Edward F. McLaughlin, who has assented to this motion.

_____
Kenneth H. Anderson, Esq.