UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05 10545 RGS

| | |
|---|---|
| LINDA MALLOY, Administratrix of the Estate of Willie L. Murray, Jr., Mother, Guardian and Next Friend of Willie L. Murray, III,<br>    Plaintiff<br><br>vs.<br><br>CITY OF BOSTON AND<br>OFFICER SHAWN WEST,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## PURSUANT TO LOCAL RULE 83.5.2

Now comes Attorney Kenneth Anderson, and hereby withdraws his representation of Officer Shawn West in the above referenced case. As reasons herefore, the undersigned counsel only filed a motion for an extension of time within which to answer the plaintiff's complaint of Officer Shawn West so as to protect Officer West's rights while the City of Boston resolved the issue of representation and retained an attorney to represent Officer West. Since that time, Attorney Douglas I. Louison has been retained by the City of Boston and will be representing Officer West in this case. Therefore, the undersigned counsel moves to withdraw from this case.

Respectfully submitted,

Defendant,
OFFICER SHAWN WEST,
By his Attorney,

_/s/ Kenneth H. Anderson_
Kenneth H. Anderson, Esq.
B.B.O. #556844
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
(617) 265-3900

DATED: May 2, 2005

**CERTIFICATE OF SERVICE**

    I, Kenneth H. Anderson, attorney for the defendant hereby certify that I served **NOTICE OF WITHDRAWAL OF APPEARANCE PURSUANT TO LOCAL RULE 83.5.2,** by postage prepaid, first class mail, upon the following counsel of record on May 2, 2005:

Edward F. McLaughlin, Esq.
6 Beacon Street, Suite 910
Boston, MA 02108

Amy Ambarik, Esq.
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201

Douglas I. Louison, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

                                                         Kenneth H. Anderson, Esq.