```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                              CIVIL ACTION NO.  05-10545RGS
```

LINDA MALLOY,
Administratrix of the
Estate of Willie L. Murray,
Jr., Mother, Guardian and
Next Friend Willie L.
Murray, III.
     Plaintiff,

v.

CITY OF BOSTON and OFFICER
SHAWN WEST,
     Defendants.

**NOTICE OF APPEARANCE.**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as an attorney of record for Defendant City of Boston in the above-entitled action.

                           Respectfully submitted,
                           DEFENDANT, CITY OF BOSTON
                           By its attorneys:

                           Merita A. Hopkins
                           Corporation Counsel

            By:   _s/ James M. Chernetsky_____
                  James M. Chernetsky, BBO# 638152
                  Assistant Corporation Counsel
                  City of Boston Law Department
                  Room 615, City Hall
                  Boston, MA 02201
                  (617) 635-4048