UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10545RGS

LINDA MALLOY, Administratrix
of the Estate of Willie L. Murray, Jr.,
Mother, Guardian and Next Friend
Willie L. Murray, III.
    Plaintiff,

v.

CITY OF BOSTON and OFFICER
SHAWN WEST,
    Defendants.

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendant, City of Boston in the above-captioned matter.

        Respectfully submitted,
        DEFENDANT, CITY OF BOSTON
        By its attorney:

        Merita A. Hopkins
        Corporation Counsel

        /s/ Amy E. Ambarik
        Amy E. Ambarik, BBO# 637348
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4099