UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-10545RGS

**LINDA MALLOY, Administratrix of the Estate of Willie L. Murrary, Jr. Mother, Guardian and Next Friend, Willie L. Murray, III.**
  Plaintiff,

v.

**CITY OF BOSTON AND OFFICER SHAWN WEST, A Municipal Employee of the City of Boston and a Member of the Boston Police Department,**
  Defendants

## NOTICE OF APPEARANCE

Kindly enter my appearance for the defendant, Shawn West.

/s/ James W. Simpson, Jr.
James W. Simpson, JR., BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, James W. Simpson, Jr., , hereby certify that on the 5th day of October , 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Edward F. McLaughlin**, 6 Beacon Street, Suite 910, Boston, MA 02108 and **James Chernetsky, Esq.** City of Boston Law Department, City Hall, Room 615, Boston, MA 02201

/s/ James W. Simpson, Jr.
James W. Simpson, Jr.