**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 05-10545-RGS

LINDA MALLOY,
Administratrix of the
Estate of Willie L. Murray,
Jr., Mother, Guardian and
Next Friend Willie L.
Murray, III.
        Plaintiff,

v.

CITY OF BOSTON and OFFICER
SHAWN WEST,
        Defendants.

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES.**

NOW COME the Parties to the above-entitled action and jointly move this Honorable Court to extend the deadline for fact discovery in the above-entitled action.

As grounds therefore, the Parties state that:

1. At the scheduling conference, the Court bifurcated Count III, and ordered discovery on Counts I and II;

2. Due to a miscommunication concerning the nature of the Court's bifurcation order, the Parties did not initiate written discovery until the Plaintiff's requests of November 29, 2005;

3. Due to an unusually heavy workload, undersigned counsel for the City of Boston has to date been unable to complete compilation and production of documents requested by the Plaintiff via her November 29, 2005, requests. Plaintiff's

1

    counsel has very graciously agreed to extensions in recognition of these difficulties;

4. Fact discovery is currently to be completed by February 15, 2006;

5. The Parties will require additional time to complete fact discovery upon service of the relevant documents by the City of Boston upon Plaintiff's counsel.

WHEREFORE, the Parties request that this Honorable Court extend the deadline for fact discovery by 90 days (to May 16, 2006), and likewise extend the subsequent deadlines for Plaintiff's identification of expert (to June 15, 2006) and for dispositive motions (to July 15, 2006).

Respectfully submitted,

| LINDA MALLOY, PLAINTIFF | DEFENDANT, CITY OF BOSTON |
| --- | --- |
| | Merita A. Hopkins |
| | Corporation Counsel |
| By her attorney, | By its attorney, |
| | |
| s/ Edward F. McLaughlin | s/ James M. Chernetsky |
| _____ | _____ |
| Edward F. McLaughlin, Esq. | James M. Chernetsky, Esq. |
| BBO # 336980 | BBO #638152 |
| 6 Beacon Street, Suite 910 | Assistant Corporation Counsel |
| Boston, MA 02108 | City of Boston Law Department |
| (617) 523-7001 | Room 615, Boston City Hall |
| | Boston, Massachusetts 02201 |
| | (617) 635-4048 |

DEFENDANT, SHAWN WEST

By his attorney,

s/ James W. Simpson
_____
James W. Simpson, Esq.
Douglas Louison, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street, Suite 200
Boston, MA 02110
(617) 439-0305