UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10545-RGS

LINDA MALLOY, Administratrix of the
Estate of Willie L. Murray, Jr.,
Mother, Guardian and Next Friend
Willie L. Murray, III.
    Plaintiff,

v.

CITY OF BOSTON and OFFICER SHAWN WEST,
    Defendants.

**NOTICE OF WITHDRAWAL**

    Kindly withdraw my appearance as counsel of record for the Defendant, City of Boston in the above-captioned matter. Successor counsel is filing an appearance herewith.

    Respectfully submitted,
    DEFENDANT CITY OF BOSTON
    By its attorneys:

    William F. Sinnott
    Corporation Counsel

    <u>James M. Chernetsky by TRD</u>
    James M. Chernetsky BBO# 638152
    Thomas R. Donohue BBO# 643483
    Assistant Corporation Counsel
    City of Boston Law Department
    City Hall, Room 615
    Boston, MA 02201
    (617) 635-4048 Chernetsky
    (617) 635-4039 Donohue

Dated: August 24, 2006