UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10545-RGS

LINDA MALLOY, Administratrix of the Estate of Willie L. Murray, Jr., Mother, Guardian and Next Friend Willie L. Murray, III.
    Plaintiff,

v.

CITY OF BOSTON and OFFICER SHAWN WEST,
    Defendants.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Thomas R. Donohue as attorney for Defendant City of Boston in the above-captioned matter.

    Respectfully submitted,
    DEFENDANT CITY OF BOSTON
    By its attorneys:

    William F. Sinnott
    Corporation Counsel

    Thomas R. Donohue
    Thomas R. Donohue, BBO# 643483
    Assistant Corporation Counsel
    City of Boston Law Department
    City Hall, Room 615
    Boston, MA 02201
    (617) 635-4039

Dated: August 24, 2006