UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LINDA MALLOY
    Plaintiff

v.    CIVIL ACTION NO. 05-10545-RGS

CITY OF BOSTON, ET AL
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.                                                                                           JUNE 29, 2007

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
Deputy Clerk

DATED: 6-29-07